NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
BRIAN WHANG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-0266-GMN-BNW-3 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| MARTIN MARTINEZ MADRID | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Jennifer Simone</u>, Senior U.S. Pretrial Services Officer. I have reviewed that Petition, and I concur in the recommended action requested of the court.

Dated this 28th day of July, 2020.

                                                                                 NICHOLAS A. TRUTANICH
                                                                                 United States Attorney

                                                                                 By   /S/                        .
                                                                                    BRIAN WHANG
                                                                                    Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. MARTIN MARTINEZ MADRID                    Docket No: 2:19-CR-0266-GMN-BNW-3

Petition for Action on Conditions of Pretrial Release

COMES NOW JENNIFER SIMONE, SENIOR U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant MARTIN MARTINEZ MADRID. The defendant initially appeared on October 30, 2019, before U.S. Magistrate Judge Elayna J. Youchah and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant is placed in the custody of Maria Martinez, who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings and (c) to notify the court immediately if the defendant violates any condition of release or disappears.
3. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
4. The defendant shall not obtain a passport or passport card.
5. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, Nevada.
6. The defendant shall maintain residence with Maria Martinez and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
7. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
8. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
9. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
10. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes Marijuana and/or any item containing THC.
11. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
12. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.

13. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
14. The defendant shall participate in a program of inpatient or outpatient substance use therapy and counseling if Pretrial Services or the supervising officer considers it advisable.
15. The defendant shall pay all or part of the cost of the substance use treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

Respectfully presenting petition for action of Court and for cause as follows:

1. In March of 2020, the defendant was approved by Pretrial Services to move out of his aunt's residence and relocate to another residence.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE MODIFIED AS FOLLOWS: THE RELEASE CONDITION REQUIRING THE DEFENDANT'S AUNT MARIA MARTINEZ TO ACT AS A THIRD-PARTY CUSTODIAN TO THE DEFENDANT SHALL BE REMOVED.**

ORDER OF COURT

Considered and ordered this <u>28th</u> day of July, 2020 and ordered filed and made a part of the records in the above case.

_____
Honorable Elayna J. Youchah
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this <u>28th</u> day of July, 2020.

Respectfully Submitted,

_____
Jennifer Simone   *SPB*
Senior U.S. Pretrial Services Officer
Place: <u>Las Vegas, Nevada</u>