UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:19-CR-00266-GMN-BMW |
| Plaintiff, | ) |
| | ) FINDINGS OF FACT, CONCLUSION OF |
| v. | ) LAW, AND ORDER |
| | ) |
| MARTIN MADRID, | ) |
| | ) (First Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsels and the Government agree to continue the revocation proceeding;
2. Defendant Madrid is in custody;
3. Counsel for Defendant needs more time to investigate the issues underlying the Petition for revocation of pretrial supervision;
4. Counsel has met with Madrid, and he consents to the continuance;
5. Defendant has entered a plea and is scheduled for sentencing;
6. This is the first request to continue this pretrial revocation hearing.

## ORDER

**IT IS ORDERED** that sentencing currently scheduled for August 3, 2022 at the hour of 11:30 a.m., be vacated and continued to this 24th day of August, 2022, at the hour of 10:30 a.m. in Courtroom to be determined.

DATED this 1st of August, 2022.

_____
U.S. MAGISTRATE JUDGE

-3-