**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARTIN MARTINEZ MADRID,

Defendant.

Case No. 2:19-cr-00266-GMN-BNW-3

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 1, 2026 at 9:30 a.m., be vacated and continued to January 11, 2027 at the hour of 9:30 a.m.

DATED this 24 day of November, 2026.

UNITED STATES DISTRICT JUDGE